976 So.2d 180 (2008)
Wendell J. CALLAHAN, Jr. and Jerome M. Cousan
v.
CIRCUIT CITY STORES, INC., Employees A, B, and C of Circuit City Stores, Inc., and XYZ Insurance Company.
No. 2007-C-2424.
Supreme Court of Louisiana.
February 15, 2008.
In re Callahan, Wendell J. Jr.; Cousan, Jerome M.;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of St. Tammany, 22nd Judicial District Court Div. I, No. 2004-12002; to the Court of Appeal, First Circuit, No. 2006 CA 1663.
Denied.
JOHNSON. J., would grant.